UNITED STATES DISTRICT
COURT MIDDLE DISTRICT
OF PENNSYLVANIA

## NOTICE

FILED
WILKES BARRE
OCT 14 2020
PER_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

CORY O'CONNOR

TYPE OF CASE: FELONY                    CASE NO. 3:20-CR-260

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:**  UNITED STATES DISTRICT COURT
**COURTROOM:  No. 3**
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton PA  18503

**DATE AND TIME:**  MONDAY, October 19, 2020, at 9:00 a.m.

**TYPE OF PROCEEDINGS: Initial Appearance & Arraignment**

**DATE:  October 14, 2020**

PETER J. WELSH, Clerk of Court
s/ Mary R. Schirra
MARY R. SCHIRRA, Deputy Clerk

**TO:** HON. JOSEPH F. SAPORITO, JR., U.S. MAGISTRATE JUDGE
JAMES BUCHANAN, AUSA
FPD
U.S. PROBATION
U.S. MARSHAL
COURT REPORTER