UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -vs- | : |
| | : 3:20-CR-00260 |
| CORY O'CONNOR | : |
| Defendant | : |

FILED
WILKES BARRE
OCT 15 2020
PER \_\_\_\_ MG
DEPUTY CLERK

UNITED STATES OF AMERICA TO THE WARDEN,
SUPERINTENDANT, OR PERSON IN CHARGE OF
LACKAWANNA COUNTY PRISON, SCRANTON, PA
OR THE UNITED STATES MARSHAL FOR THE DISTRICT

YOU ARE COMMANDED TO PRODUCE, now in your custody or one of your deputies, for an initial appearance/arraignment before the United States District Court, sitting in Scranton, PA on October 19, 2020 at 9:00 am, the person of

CORY O'CONNOR

whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, that CORY O'CONNOR appear for an initial appearance/arraignment hearing on October 19, 2020 at 9:00 am in connection with the criminal charges and you are directed to keep the prisoner safe in custody, and confine him

from day to day, when not appearing before the Court, in a safe and suitable jail, and that CORY O'CONNOR **remain in federal custody until the conclusion of this case, to include sentencing, in this Court.**

The Marshal for the Middle District of Pennsylvania is authorized to compensate the Warden for any expense incurred as a result of this Writ at a rate not to exceed the rate authorized for the transportation of a Federal prisoner by Federal authorities.

Witness my signature on this __15th__ day of __Oct.__ 2020.

JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE