UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
vs. : 3:20-CR-260
:
CORY O'CONNOR, :
:
Defendant :

## PLEA

AND NOW, this 19th day of **OCTOBER, 2020,** the within named Defendant, **CORY O'CONNOR**, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant