AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-CR-260 |
| | ) | |
| CORY O'CONNOR | ) | |
| *Defendant* | ) | |

*FILED WILKES BARRE OCT 19 2020 PER MO DEPUTY CLERK*

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | William J. Nealon Federal Building & U. S. Courthouse<br>135 N. Washington Avenue<br>Scranton Pennsylvania 18503 | Courtroom No.: | 3, Fourth Floor |
|---|---|---|---|
| | | Date and Time: | 10/20/2020 1:45 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/19/2020

*Joseph F. Saporito, Jr.*
Judge's signature

JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE
*Printed name and title*