UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 3:20-CR-260 |
| v. | : | |
| | : | (Mariani, J.) |
| CORY O'CONNOR, | : | |
| Defendant | : | |

## JOINT PRETRIAL STATUS REPORT

AND NOW COMES, the United States of America, by and through counsel, United States Attorney David J. Freed and Assistant United States Attorney James M. Buchanan, and Assistant Federal Public Defender Brandon Reish, Esq., counsel for defendant Cory O'Connor, and states:

1. A federal grand jury sitting in Scranton, Pennsylvania has returned an Indictment charging defendant O'Connor with the offenses of Distribution of Methamphetamine, Possession of a Firearm in Furtherance of Drug Trafficking, Possession of a Firearm with Obliterated Serial Number, Possession with Intent to Distribute Methamphetamine, and Conspiracy to Distribute Methamphetamine.

2. On October 19, 2020, O'Connor was arraigned before the Honorable Joseph F. Saporito, Jr., United States Magistrate Judge, and pleaded not guilty. A detention hearing was held the next day before Magistrate Judge Saporito and the defendant was ordered detained pending trial.

3. The Court issued a Scheduling Order that directed the parties to meet and discuss any pretrial issues, and to report the results of the meeting on or before October 30, 2020.

4. The United States and counsel for the defendant report that the parties have conferred, and anticipate additional conferences in the future. On October 19, 2020, the United States prepared and forwarded to defense counsel a batch of initial discovery and is mindful of its continuing obligation to supplement discovery, as additional discoverable matter comes into its possession.

5. There are no other pretrial matters or issues to report to the Court at this time.

Respectfully submitted this 28th day of October, 2020,

/s/ Brandon Reish
_____
Counsel for Defendant
Cory O'Connor

/s/ James M. Buchanan
_____
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on October 28, 2020, she served a copy of the attached:

## JOINT STATUS REPORT

by ECF on
Brandon Reish, Esq., counsel for the defendant.

/s/Luann Manning
_____
LUANN MANNING
Supervisory Legal Assistant