UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:20-CR-260 |
| | ) | |
| v. | ) | (JUDGE MARIANI) |
| | ) | |
| CORY O'CONNOR, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

## BILL OF PARTICULARS

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case:

1. a Gold Samsung Smartphone with sticker, IME #54665101210872, SKU #SPHJ737PABB.

        Respectfully submitted,

        DAVID J. FREED
        UNITED STATES ATTORNEY

By:   /s/ Sean A. Camoni
        SEAN A. CAMONI
        Assistant U.S. Attorney
        235 N. Washington Avenue, Ste. 311
        Scranton, PA 18503
        Phone: 570-348-2800
        Fax: 570-348-2037
        sean.a.camoni@usdoj.gov

# CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing on December 11, 2020.

        Respectfully submitted,

        DAVID J. FREED
        United States Attorney

By:   */s/* Sean A. Camoni
        SEAN A. CAMONI
        Assistant U.S. Attorney
        235 N. Washington Avenue, Ste. 311
        Scranton, PA 18503
        Phone: 570-348-2800
        Fax: 570-348-2037
        sean.a.camoni@usdoj.gov