IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:20-cr-00260 |
| | : | |
| v. | : | (Mariani, J.) |
| | : | (Saporito, M.J.) |
| | : | |
| CORY O'CONNOR | : | (ECF) |

## MOTION FOR RELEASE ON CONDITION THAT DEFENDANT UNDERGO TREATMENT FOR DRUG DEPENDENCY AT A SPECIFIED INSTITUTION

AND NOW comes the Defendant, Cory O'Connor, by his attorney Brandon R. Reish, Assistant Federal Public Defender, filing this Motion for Release on Condition that Defendant Undergo Treatment for Drug Dependency at a Specified Institution, based on the following:

1. On October 13, 2020, a grand jury charged Mr. O'Connor with offenses in violation of Titles 18 and 21 of the United States Code. He entered a plea of not guilty on October 19, 2020. Mr. O'Connor was ordered detained by Magistrate Judge Joseph F. Saporito, Jr., on October 20, 2020.

2. Mr. O'Connor suffers from opiate, methamphetamine and narcotics addiction. Subsection (c)(1)(B)(x) of 18 U.S.C. § 3142 provides that the court may release a defendant on the condition that he "undergo available medical, psychological, or psychiatric treatment, including treatment for drug or alcohol dependency, and remain in a specified institution if required for that purpose."

3. On January 21, 2021, County of Lackawanna/Susquehannal Drug and Alcohol Program performed an assessment of Mr. O'Connor and determined that inpatient substance abuse treatment is appropriate.

4. Mr. O'Connor has now secured placement at Pyramid Dallas, in Dallas, PA with a scheduled bed date of February 9, 2021.  Should the Court grant this motion, representatives from Pyramid Dallas will transfer Mr. O'Connor from his current place of detention, the Lackawanna County Prison, to Pyramid Dallas beginning at 1:00 p.m. on February 9, 2021.

5. A representative from County of Lackawanna/Susquehanna Drug and Alcohol Program has informed counsel for Mr. O'Connor that Mr. O'Connor requires a medically managed higher intensity rehabilitation. His progress will be reviewed weekly, and that the length of his stay in impatient rehabilitation will depend on these reviews. Because the length of his stay in rehabilitation is unknown, he is not able to arrange for 'aftercare' at this time. The Lackawanna/Susquehanna representative has informed counsel that Mr. O'Connor's inpatient treatment provider (Pyramid Dallas) may seek to make 'after care' recovery house or halfway house arrangements as Mr. O'Connor reaches successful completion of rehabilitation.

WHEREFORE, the defendant, Cory O'Connor, respectfully requests the granting of this motion and his release for the time necessary to complete an inpatient rehabilitation program in accordance with the proposed order.

                               Respectfully submitted,

Date: February 2, 2021        s/ Brandon R. Reish
                                         Brandon R. Reish
                                         Assistant Federal Public Defender
                                         Attorney ID No. PA 91518

                                         201 Lackawanna Avenue, Suite 317
                                         Scranton, Pennsylvania  18503
                                         (570) 343-6285
                                         Fax:  (570) 343-6225
                                         Email: branond_reish@fd.org

                                         Attorney for Cory O'Connor

## **CERTIFICATE OF SERVICE**

I, Brandon R. Reish, Assistant Federal Public Defender, do hereby certify that this document, filed electronically through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing, including the following:

>James M. Buchanan
>Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

>Cory O'Connor

Date: February 2, 2021                    s/Brandon R. Reish
                                                                  Brandon R. Reish
                                                                  Assistant Federal Public Defender