UNITED STATES DISTRICT
COURT MIDDLE DISTRICT
OF PENNSYLVANIA

# NOTICE

UNITED STATES OF AMERICA

v.

CORY O'CONNOR

FILED
WILKES BARRE
FEB 03 2021
PER ___mS___
DEPUTY CLERK

TYPE OF CASE: FELONY           CASE NO. 3:20-cr-0260

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:**  UNITED STATES DISTRICT COURT
**COURTROOM:** No. 1
MAX ROSENN U.S. COURTHOUSE
First Floor
197 South Main Street
Wilkes-Barre PA  18701

**DATE AND TIME:** FRIDAY February 5, 2021 at 2:30 p.m. *via* WEBEX

**TYPE OF PROCEEDINGS:** Hearing on Motion for Release

**DATE:** February 3, 2021

<u>PETER J. WELSH, Clerk of Court</u>
s/ Mary R. Schirra
MARY R. SCHIRRA, Deputy Clerk

**TO:** HON. JOSEPH F. SAPORITO, JR., U.S. MAGISTRATE JUDGE
James Buchanan, AUSA
Brandon Reish, AFPD
U.S. PROBATION
U.S. MARSHAL
COURT REPORTER
Rick Loscombe, LCP