IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:20-CR-260-1 |
| v. | : | |
| CORY O'CONNOR, | : | (Magistrate Judge Saporito) |
| Defendant | : | |

**NOTICE OF DEFENDANT'S
CONSENT TO VIDEO TELECONFERENCE**

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and as reflected in the attached consent, the defendant in this case hereby consents and requests that all hearings or proceedings at which the defendant's physical presence would normally be required, be conducted by video conference to the extent permissible and practicable.

Date: February 5, 2021

Respectfully submitted,

*Counsel for Defendant*

## CONSENT TO VIDEO CONFERENCE

I, CORY O'CONNOR, as the defendant in the case captioned *United States v. O'Connor, 3:20-CR-260-1* (M.D. Pa.), after being advised by counsel of my right to be physically present during certain hearings and proceedings in this case, do hereby consent and request that those hearings and proceedings be conducted by video teleconference.

Date:   February 5, 2021

_____
DEFENDANT