IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:20-CR-00260** |
| v. | : | **(Judge Mariani)** |
| **CORY O'CONNOR** | : | **Electronically Filed** |

### ORDER

The defendant, Cory O'Connor, moves for additional time to file pretrial motions. The Court, for the reasons advanced by the defendant, finds that the ends of justice will be served by affording the parties a further extension of time. The Court further finds that such an extension outweighs the best interests of the public and the defendant in a speedy trial, and that the time granted herein should be excluded under the Speedy Trial Act.

THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion for Extension of Time to File Pretrial Motions is GRANTED;

2. All pretrial motions shall be filed on or before the 3rd day of May, 2021;

3. The Court, for the reasons advanced by the defendant, finds that the ends of justice will be served by affording the defendant additional time to file

pretrial motions and motions *in limine*, and failure to grant the extension would likely result in a miscarriage of justice. 18 U.S.C. §3161(h)(7).

4. Jury selection and trial are continued until after the expiration of the pretrial motions deadline, or, if one or more pretrial motions are filed, or a motion seeking a further extension of time to file pretrial motions is granted, after the resolution of any such pretrial motion that may be filed.

Date: 3/31/21

Robert D. Mariani
United States District Judge