IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:20-CR-260 |
| | : (JUDGE MARIANI) |
| CORY O'CONNOR, | : |
| Defendant. | : |

ORDER

NOW, THIS 10th DAY OF NOVEMBER, 2021, by virtue of the guilty plea entered by Defendant, Cory O'Connor on November 8, 2021, and in accordance with 18 U.S.C. § 3142, **IT IS HEREBY ORDERED** that the Defendant is remanded to the custody of the United States Marshal and shall voluntarily surrender on Monday, December 13, 2021 by 2:00 p.m. in Scranton, Pennsylvania.

Robert D. Mariani
United States District Judge