UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:20-CR-260 |
| | ) | |
| v. | ) | (JUDGE MARIANI) |
| | ) | |
| CORY O'CONNOR, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on November 18, 2021, ordering the defendant to forfeit:

    a.    a Gold Samsung Smartphone with sticker, IME #54665101210872, SKU #SPHJ737PABB.

All personal service was completed and notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website.

persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than thirty days after the date of final publication of notice.

No petitions were filed within the thirty-day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) All right, title, and interest, including the interests of titled owners, spouses, and any other interested parties, in the above-described property are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

(2) The United States is entitled to its costs herein;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

(4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 12th day of May 2022.

ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE